UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:13-CR-012 JD |
| | ) | |
| JOHN CARLISLE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 18, 2013 [DE 25]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant John Carlisle's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Counts 9 through 13 of the Indictment, in violation of 18 U.S.C. §§ 1014 and 2.

SO ORDERED.

ENTERED:  August 6, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court